IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARLOUS BARNARD FERGUSON, | § | |
| TDCJ-CID NO.796732, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-06-2191 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Respondent. | § | |

FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on July 27, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE